UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**MINNESOTA LIFE INSURANCE COMPANY**,

       *Plaintiff*,

-vs-

**DEBORAH KOPPENS AND CRAIG KOPPENS, Individually,**

       *Defendants.*

**AMENDED STIPULATION TO DISCONTINUE**

Civil Action No.
1:15-CV-00929 (FJS/CFH)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the plaintiff's complaint, together with any and all claims asserted by or between the defendants, be and the same hereby is, discontinued in its entirety, on the merits and with prejudice, without costs to either party.

This Stipulation may be filed without further notice with the Clerk of the Court.

DATED:    January 12, 2016

| | |
|---|---|
| **BARCLAY DAMON, LLP** | **COOPER ERVING & SAVAGE LLP** |
| /s/James P. Evans | /s/Carlo A. C. de Oliveria |
| James P. Evans, Esq. | Carlo A. C. de Oliveira, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Minnesota Life Insurance Company | Deborah H. Koppens |
| 300 South State Street | 63 Putnam Street - Suite 202 |
| Syracuse, New York 13202 | Saratoga Springs, NY 12866 |
| Telephone: (315) 425-2827 | Telephone: (518) 244-8918 |
| E-Mail: jevans@barcalaydamon.com | E-Mail: cdeoliveira@coopererving.com |

**CUSIMANO LAW FIRM, PLC**

   /s/Charles V. Cusimano, III
Charles V. Cusimano, III, Esq.
*Attorneys for Defendant*
Craig Koppens
3015 19TH Street
Metairie, Louisiana 70002
Telephone: (504) 525-1213
E-Mail: chuck@cusimanolaw.com


IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: January 13, 2016
   Syracuse, NY