UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**MINNESOTA LIFE INSURANCE COMPANY,**

*Plaintiff,*

-vs-

**DEBORAH KOPPENS AND CRAIG KOPPENS,**
**Individually,**

*Defendants.*

**JUDGMENT**

Civil Action No.
1:15-CV-00929 (FJS/CFH)

The Plaintiff, Minnesota Life Insurance Company, has applied for entry of judgment against Defendant Craig Koppens, individually, based upon the Stipulation of Settlement and Discontinuance entered into by and between the parties in the above-captioned matter, and upon the Confession of Judgment sworn to by Defendant Craig Koppens on December 28, 2015, and it appearing to the satisfaction of the Court:

1) That the Defendant Craig Koppens is in default of the terms of the Stipulation of Settlement and Discontinuance;

2) That the Confession of Judgment authorized entry of judgment against Defendant Craig Koppens in the amount set forth therein.

**NOW, THEREFORE,** upon application of Plaintiff, it is hereby

**ADJUDGED** that Plaintiff Minnesota Life Insurance Company have judgment against Defendant Craig Koppens, 441 Phosphor Avenue, Metairie, Louisiana 70005, in the sum of Four Thousand, One-Hundred, Twenty-Five Dollars and no/cents ($4,125.00), and that the Plaintiff have execution therefore.

DATED: April 11, 2016

Frederick J. Scullin, Jr.
Senior United States District Court Judge

11886031.1